Case Name: WALSH, TERESA H.
Case No:      08-72510

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 17, 2009          WILLIAM T. NEARY
                                                     United States Trustee, Region 11


                                    BY:     */s/ Carole J. Ryczek*
                                              CAROLE J. RYCZEK
                                              Attorney for the U.S. Trustee