# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| IN RE:<br>WALSH, TERESA H | CHAPTER 7 -- Liquidation |
|---|---|
|  | CASE NO. 08-72510 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-7135  54-6800412<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

**TO ALL CREDITORS:**

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MARCH 25, 2009** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,029.00 |  |
| JOSEPH D. OLSEN<br>Trustee | 0.00 |  | 36.18 |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 3,250.31 |

4.  The Trustee's Final Report shows total:

    a.  Receipts                                    $         25,003.13

    b.  Disbursements                               $              0.00

    c.  Net Cash Available for Distribution         $         25,003.13

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $20,687.64, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $21,005.50.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:


        2/10/09                                 s/s  Joseph D. Olsen
    DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1         Date Rcvd: Feb 18, 2009
Case: 08-72510                Form ID: pdf002             Total Served: 14

The following entities were served by first class mail on Feb 20, 2009.
db           +Teresa H Walsh,    214 Leah Court,    Sycamore, IL 60178-3051
12726503     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12489651      Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
12489652     +Chase Bank USA, N.A.,    131 South Dearborn Street Floor 5,    Chicago, IL 60603-5517
12489653      Elder-Beerman,    P.O. Box 17264,    Baltimore, MD 21297-1264
12489654      Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
12489655     +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
12489656      Sears Credit Card,    P.O. Box 183082,    Columbus, OH 43218-3082
12736049      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12489657      State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
12489658      Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
12489659    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:  Von Maur,    6565 Brady Street,    Davenport, IA 52806-2054)
12875138     +Von Maur - Chicago,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672

The following entities were served by electronic transmission on Feb 19, 2009.
12835780      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12736118*     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2009**                      **Signature:**   *Joseph Speetjens*